836

No. 931.  TAMPA ELECTRIC CO. v. NASHVILLE COAL CO. ET AL.  C. A. 6th Cir.  Certiorari granted.  *William C. Chanler* for petitioner.  *Abe Fortas* and *Norman Diamond* for respondents.

No. 932.  CLANCY ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari granted.  *Paul P. Waller, Jr.* and *John F. O'Connell* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 963.  NOLAN, ADMINISTRATOR, ET AL. v. TRANSOCEAN AIR LINES.  C. A. 2d Cir.  Certiorari granted.  *Harry S. Wender* for petitioners.  *William J. Junkerman* for respondent.

No. 968.  PUGACH v. DOLLINGER, DISTRICT ATTORNEY OF BRONX COUNTY, ET AL.  C. A. 2d Cir.  Certiorari granted.  *George J. Todaro* for petitioner.  *Isidore Dollinger, Walter E. Dillon* and *Irving Anolik* for respondents.

No. 730, Misc.  CHAPMAN v. UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.  Case transferred to the appellate docket.  *J. Sewell Elliott* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.